

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-20-00448-CR

Amber Latia **JACK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13552
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On May 29, 2018, appellant was convicted of possession of a controlled substance and sentenced to eight years community supervision. On March 20, 2019, the State filed a motion to revoke appellant's community supervision, and on July 30, 2020, the trial court modified the conditions of appellant's community supervision. On September 3, 2020, appellant filed a notice of appeal, seeking to appeal the trial court's order modifying the conditions of her community supervision.

Modification of community supervision is not appealable at the time of modification. *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). A defendant may appeal the judgment at the time she is placed on community supervision or her revocation of community supervision. TEX. CODE CRIM. PROC. ANN. art. 42.12, § 23(b); *Quaglia*, 906 S.W.2d at 113. Here, appellant did not timely appeal from the judgment placing her on community supervision, and the clerk's record does not contain an order revoking her community supervision. It appears we do not have jurisdiction over this appeal.

We therefore **ORDER** appellant to show cause why this appeal should not be dismissed for lack of jurisdiction **by October 19, 2020.** All appellate deadlines are suspended pending further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court